EATON MANUFACTURING COMPANY *v.*
DEPARTMENT OF REVENUE.

This case is controlled by *Armco Steel Corporation* v. *Department of Revenue,* 359 Mich 430.

Appeal from Wayne; Murphy (Thomas J.), J. Submitted October 16, 1959. (Docket No. 91, Calendar No. 48,151.) Decided April 12, 1960.

Assumpsit by Eaton Manufacturing Company, an Ohio corporation, against the State of Michigan, Department of Revenue, and Louis M. Nims, commissioner, for refund of taxes and for taxes paid under protest. Summary judgment for defendants. Plaintiff appeals. Affirmed.

*Dykema, Jones, Wheat, Spencer & Goodnow,* for plaintiff.

*Paul L. Adams,* Attorney General, *Samuel J. Torina,* Solicitor General, *T. Carl Holbrook, William D. Dexter,* and *Maurice Barbour,* Assistants Attorney General, for defendants.

Per Curiam. Decision and opinion of the Court in *Armco Steel Corporation* v. *Department of Revenue,* 359 Mich 430, are dispositive of all issues raised on appeal in this case.

Affirmed, without costs.

Dethmers, C. J., and Carr, Kelly, Smith, Black, and Edwards, JJ., concurred.

Kavanagh, J., did not sit.

Souris, J., took no part in the decision of this case.